[No. 20317-1-II.    Division Two.    May 23, 1997.]

MONTY L. CENTER, *Appellant*, v. DONALD J. WRIGHT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-2-03449-2, Robert L. Harris, J., entered January 16, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[Nos. 20321-9-II; 20354-5-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY NELSON, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, No. 95-8-01531-7, 95-8-01549-0, Thomas A. Swayze, J., entered January 17, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 20322-7-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SUNNY FLOREK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-8-01828-6, Paul Boyle, J. Pro Tem., entered December 21, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 20335-9-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD BERNARD NEWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04975-5, Terry D. Sebring, J., entered January 23, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.